UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAWEI XIE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEP'T OF STATE, et al.,<br><br>        Defendants. | No.  CV 11-9583 PA (SHx)<br><br>JUDGMENT |

In accordance with the Court's Minute Order of March 05, 2012 granting the Defendants' Motion to Dismiss,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants U.S. Department of State, Immigration Visa Unit of U.S. Consulate General, Guangzhou, China, Non-Immigration Visa Unit of U.S. Consulate General, Guangzhou, China, Fraud Prevention Unit of U.S. Consulate General, Guangzhou, China, Health Care Center of Guangdong International Travel, and Guangzhou United Family Clinic (collectively, "Defendants") shall have judgment entered in their favor against plaintiff Jiawei Xie ("Plaintiff").

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff takes
2   nothing and that Defendants shall recover their costs of suit.
3   DATED: March 05, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-